UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVIN L. SPENCER,

        Plaintiff,

                                            CASE NO. 15-CV-13737
v.                                   HONORABLE GEORGE CARAM STEEH

DARIEN MABEN,

       Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION (DOC. #5) DISMISSING
PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM

      Plaintiff filed this action pro se alleging wrongful discharge, discrimination, and harassment. All pretrial matters were referred to Magistrate Judge Mona Majzoub. On November 9, 2015, Magistrate Judge Majzoub issued a report and recommendation recommending that plaintiff's complaint be dismissed sua sponte pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief can be granted.

      The magistrate judge specifically stated that any objections to her report were to be filed within 14 days of service, and that failure to file such objections constituted a waiver of any further right to appeal. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985). Plaintiff did not file any objections. The court has reviewed the record, as well as the magistrate judge's report and recommendation. Finding that report and recommendation to be well-reasoned, the court hereby ACCEPTS the result recommended therein.

Accordingly, plaintiff's complaint (Doc. #1) is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

IT IS SO ORDERED.

Dated: December 1, 2015

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 1, 2015, by electronic and/or ordinary mail and also on Calvin L. Spencer, 27 Osceola, Pontiac, MI 48341.

s/Barbara Radke
Deputy Clerk

---