Mona K. Majzoub
United States Magistrate Judge

15-13737  5
STEEH

Objection #1: Proof of disabilities.

Objection #2: Defendants actions of discrimination, and harrasment.

Objection #3: Including Taco Bell as a defendant.

FILED
DEC 01 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

Response to Objection #1: I answered the Questions listed on the EEOC civil complaint form as an application to sue Taco Bell. I will enclude a letter of disability from my Docters.

Response to Objection #2: I answered the Questions listed on the EEOC Civil complaint form as an application to Sue Taco Bell. Defendants actions were when he failed to show up for scheduled interviews, disrespectful comments, refused to give me my orientation after Manager Brandy hired me September 10, 2014 at 2:30 pm (Darien didn't show up for the Interview, but later admitted to Colleen Obrien from the EEOC that they hired me.)

Response to Objection #3: I misinterpeted page 6 (preparing your complaint) paragraph 2 Subsequent documents you file must include the case number, and case caption (the name of the first plaintiff and first defendant for example Tom Jones v. John Smith). I am now sending in the second EEOC complaint form with Taco Bell as a defendant, manager Brandy (Hired Me), manager Jonai Washington (called me in to hire me then refered me to the Clawson Location for employment), and manager John (Witness) assited me at Madison Heights, and Clawson Location Tuesday July 8, 2014 11:00am (first Interview with Jonai Washington), and September 5, 2014 Clawson Location assited me with information of availability at the Clawson location, while manager Darien showed up later than agreed and left out back door rather than assiting me (stated by John "Darien left out the back door".)

UNITED STATES DISTRICT COURT
Office of the Clerk
231 W. Lafayette 5th floor
Detroit, MI 48226
(313) 234-5005

Calvin Spencer
27 Osceola, Pontiac Mi 48341
1-313-433-3773
Civil Action No. 15-CV-13737

Mona K. Majzoub / United States Magistrate Judge

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Detroit Field Office**

477 Michigan Avenue, Room 865
Detroit, MI 48226
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Detroit Status Line: (866) 408-8075
Detroit Direct Dial: (313) 226-4600
TTY (313) 226-7599
FAX (313) 226-2778
Website: www.eeoc.gov

March 9, 2015

Calvin Spencer
32280 Concord Drive, Apt. D
Madison Heights, MI 48071

    Re:    **Charge number: 471-2015-00304**
           *Employer: Taco Bell*

Dear Mr. Spencer:

The Equal Employment Opportunity Commission has received a response to your charge of discrimination against the above-named employer. I want to share with you a summary of the employer's response.

In its position statement, **Taco Bell** further asserts the following:

> The employer denies your allegations of discrimination on the basis of your race, color and disability. The employer states it hired two African American employees, and one Caucasian employee, during the month of September 2014. The employer states that you indicated in charge of discrimination that you received an offer of employment and the employer stated it is unclear how you were discriminated against if you were offered employment. The employer states that no complaints of discrimination have been made against Darien Maben.

Once the Employer articulates a non-discriminatory reason for its employment decision, the burden of proof rests with you to show that the stated reason is either untrue or that others, of a different protected class, were treated more favorably under similar circumstances. This is your opportunity to provide information to rebut the Employer's defense. If you have information which may lead to evidence to overcome Employer's defense, please submit your rebuttal to me by **Monday, March 23, 2015.**

I can be reached between 9:00 a.m. and 5:30 p.m., Monday through Thursday at (313) 226-2361. If you reach my voice mail, please leave a message with a telephone number where you can be reached during those hours. I can also be reached at colleen.obrien@eeoc.gov. You may mail or fax the information to the address or fax number listed on this letterhead. **If I do not hear back from you by March 23, 2015, or if you respond, and your rebuttal does not support the allegations a determination will be made based on the information currently available. If it appears further investigations will not likely result in a violation of the law, your charge will be dismissed and you will be provided with a Dismissal and Notice of Right to Sue, which you can file in federal court within 90 days, if you wish to pursue your charge.**

UNITED STATES DISTRICT COURT
Office of the Clerks
231 W. Lafayette 5th floor
Detroit, MI 48226
(313) 234-5005

Calvin Spencer
Civil Action NO. 15-CV-13737
27 Osceola, Pontiac MI 48341
(313)-433-3773

Mona K. Majzoub / United States Magistrate Judge

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Detroit Field Office

477 Michigan Avenue, Room 865
Detroit, MI 48226
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Detroit Status Line: (866) 408-8075
Detroit Direct Dial: (313) 226-4600
TTY (313) 226-7599
FAX (313) 226-2778
Website: www.eeoc.gov

March 9, 2015

Calvin Spencer
32280 Concord Drive, Apt. D
Madison Heights, MI 48071

Re:   Charge number: 471-2015-00304
      Employer: Taco Bell

Dear Mr. Spencer:

The Equal Employment Opportunity Commission has received a response to your charge of discrimination against the above-named employer. I want to share with you a summary of the employer's response.

In its position statement, **Taco Bell** further asserts the following:

> The employer denies your allegations of discrimination on the basis of your race, color and disability. The employer states it hired two African American employees, and one Caucasian employee, during the month of September 2014. The employer states that you indicated in charge of discrimination that you received an offer of employment and the employer stated it is unclear how you were discriminated against if you were offered employment. The employer states that no complaints of discrimination have been made against Darien Maben.

Once the Employer articulates a non-discriminatory reason for its employment decision, the burden of proof rests with you to show that the stated reason is either untrue or that others, of a different protected class, were treated more favorably under similar circumstances. This is your opportunity to provide information to rebut the Employer's defense. If you have information which may lead to evidence to overcome Employer's defense, please submit your rebuttal to me by **Monday, March 23, 2015.**

I can be reached between 9:00 a.m. and 5:30 p.m., Monday through Thursday at (313) 226-2361. If you reach my voice mail, please leave a message with a telephone number where you can be reached during those hours. I can also be reached at colleen.obrien@eeoc.gov. You may mail or fax the information to the address or fax number listed on this letterhead. **If I do not hear back from you by March 23, 2015, or if you respond, and your rebuttal does not support the allegations a determination will be made based on the information currently available. If it appears further investigations will not likely result in a violation of the law, your charge will be dismissed and you will be provided with a Dismissal and Notice of Right to Sue, which you can file in federal court within 90 days, if you wish to pursue your charge.**

UNITED STATES DISTRICT COURT
Office of the Clerks
231 W. Lafayette 5th floor
Detroit, MI 48226
(313) 234-5005

Calvin Spencer
Civil Action No. 15-CV-13737
27 Osceola, Pontiac MI 48341
(313)-433-3773

Name: Calvin Spencer   CMH CON ID#: 755023   Date of IPOS: 6/18/2014

| SERVICE NAME & CODE / LOCATION NAME & CODE | UNIT OF MEASURE (MIN., DAY) | FREQUENCY (Range) | DURATION (Date Range/Time Period) | MIN NUMBER OF UNITS (AMOUNT) | NUMBER OF UNITS (AMOUNT) | SESSIONS USED | AUTHORIZATION NUMBER | SCOPE (Who, How, Where) SERVICE/SUPPORT RELATES |
|---|---|---|---|---|---|---|---|---|
| 9079X - Psychiatric Diagnostic Evaluation / GEN FY2014 - ADULT SERVICES - CASE MANAGEMENT | Encounter | 1 Per Auth | 6/18/2014 - 8/17/2014 | 1 | 1 | 0 | 1406A0281468 | meet as needed |
| T1017 - Targeted Case Management / GEN FY2014 - ADULT SERVICES - CASE MANAGEMENT | 15 Minutes | 16 Per Auth | 6/18/2014 - 8/17/2014 | 4 | 16 | 0 | 1406A0281468 | meet as needed |
| 992XX - Medication Review E&M Codes / GEN FY2014 - ADULT SERVICES - CASE MANAGEMENT | Encounter | 4 Per Auth | 6/18/2014 - 8/17/2014 | 2 | 4 | 0 | 1406A0281468 | meet as needed |

### DIAGNOSIS

| | | ICD9 | ICD10 | DESCRIPTION | STATUS DATE | STATUS |
|---|---|---|---|---|---|---|
| AXIS I | Pri | 295.31 | F20.0 | Schizophrenia, paranoid type | 10/29/2012 | Active |
| | Sec | 295.70 | F25.9 | Schizoaffective disorder | 10/29/2012 | Rule Out |
| AXIS I SA | Pri | 305.02 | F10.10 | NONDEPENDENT ALCOHOL ABUSE EPISODIC DRINKING BEHAVIOR | 10/29/2012 | Active |
| | Sec | 304.30 | F12.20 | Cannabis dependence | 10/29/2012 | Active |
| | | | | Specifier / Status Detail: Early Full Remission | | |
| AXIS II | | | | No diagnoses exist in AXIS II | | |
| AXIS III | Pri | 723.9 | M53.82 | UNSPECIFIED MUSCULOSKELETAL DISORDERS AND SYMPTOMS REFERABLE TO NECK | 10/29/2012 | Active |

| AXIS IV | ☑ Economic problems<br>☐ Problem accessing healthcare<br>☐ Educational problems<br>☑ Occupational problems<br>☑ Housing problems | ☑ Problem with primary support group<br>☑ Problem related to social environment<br>☑ Problem related to interaction with legal system<br>☑ Other psychosocial and environmental problems<br>☐ Behavioral / Personality issues |
|---|---|---|

| AXIS V | CURRENT GAF: 45   DATE: | HIGHEST GAF: 60 | CURRENT GAS: 45   DATE: |
|---|---|---|---|
| DIAGNOSTIC SUMMARY | Gives long history of having lot of paranoia and delusional thinking and some voices. Denies any obsessive thinking or compulsive behavior. Denies any periods of having racing thoughts, feeling hyper on top of the world, etc., or wanting to go without sleep and appetite. Does get depressed from time-to-time and worried about his finances and living situation. When depressed, isolates, low energy, low motivation, and does not want to do anything. Denies suicidal or homicidal ideas or plans. Does have symptoms of anxiety when under stress on panic attacks. Also uses alcohol once or twice a week. | | |
| DIAGNOSIS INFORMATION | DIAGNOSIS MADE BY: Surjeet K. Bagga, M.D.<br>CO-OCCURING CONSUMER QUADRANT COMMENTS | EFFECTIVE DATE: 10/29/2012 | CO-OCCURING CONSUMER QUADRANT |

### SERVICE ACTIVITY LOG

| SERVICE DATE | START TIME | END TIME | PROGRAM / LOCATION OF SERVICE |
|---|---|---|---|
| 06/18/2014 | 3:38 pm | 3:59 pm | ADULT SERVICES - INTAKE/INTENSIVE OUTREACH |

CPT CODE: H0032 - MH Service Plan Dev. non-phys

| CONTACT TYPE | LOCATION | ATTENDANCE |
|---|---|---|
| Face to Face | Office | Consumer Present |

| AUTHORIZATION NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| | | |

OAKPCHDOC008047653

Calvin L. Spencer
27 Osceola
Pontiac, Mi 48341

METROFLEX MI 480
25 NOV 2015 PM 5 L

UNITED STATES DISTRICT COURT
231 WEST LAFAYETTE BLVD - ROOM 554
Detroit, Michigan 48226

MKM

48226279426